PER CURIAM.
Affirmed. See Johnson v. State, 60 So. 3d 1045 (Fla. 2011) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Sweet v. State, 987 So. 2d 747 (Fla. 2d DCA 2008) ; Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007) ; Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013) ; Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.